The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PAMULA KOHLER, individually; as Personal Representative of the Estate of RICHARD A. KOHLER, JR. Decedent; and on behalf of, as Guardian, TALON KOHLER and QUINN KOHLER,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE, A PENNSYLVANIA CORPORATION;<br><br>　　　　　　Defendant. | **Case No. 3:07-cv-5697 RBL**<br><br>**ORDER DENYING DEFENDANT GLAXOSMITHKLINE'S MOTION FOR PROTECTIVE ORDER** |

　　This Court does not find good cause to quash the seven (7) deposition notices serve by Plaintiff's counsel and therefore DENIES Defendant, SmithKline Beecham Corporation's, Motion for Protective Order.

　　IT IS SO ORDERED.

　　DATED this 13th day of February, 2009.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

BAUM HEDLUND ARISTEI & GOLDMAN, P.C.

/s/ Kate E. Gillespie
Kate E. Gillespie, Esq., CA BA No. 227416
Kgillespie@baumhedlundlaw.com
George W. Murgatroyd, III, Esq.
Frances M. Phares, Esq.
Nicole K.H. Maldonado, Esq.
12100 Wilshire Blvd., Suite 950
Los Angeles, California 90025
Tel.: (310) 207-3233
Fax: (310) 820-7444

Patrick H. LePley, Esq.
LEPLEY LAW FIRM
4122 Factoria Blvd., Suite 400
Bellevue, WA 98006
Tel.: (425) 641-5353
Fax: (425) 747-0611

*Attorneys for Plaintiff*